## STATE v. HARMON

No. 101 PC.

Case below: 21 N.C. App. 508.

Petition by defendant *in propria persona* for writ of certiorari to North Carolina Court of Appeals denied 4 June 1974. Petition by counsel for writ of certiorari to North Carolina Court of Appeals denied 1 July 1974.

## STATE v. HONEYCUTT

No. 97 PC.

Case below: 21 N.C. App. 342.

Petition by the State for writ of certiorari to North Carolina Court of Appeals denied 4 June 1974.

## STATE v. HUFFMAN

No. 76 PC.

Case below: 21 N.C. App. 331.

Motion of Attorney General to dismiss petition of defendant *pro se* for writ of certiorari to North Carolina Court of Appeals allowed 8 May 1974. Petition by counsel for writ of certiorari to North Carolina Court of Appeals denied 1 July 1974.

## STATE v. LASH

No. 22.

Case below: 21 N.C. App. 365.

Petition for writ of certiorari to North Carolina Court of Appeals denied 1 July 1974. Motion of Attorney General to dismiss appeal for lack of substantial constitutional allowed 1 July 1974.

## STATE v. LUCAS

No. 73 PC.

Case below: 21 N.C. App. 343.

Petition for writ of certiorari to North Carolina Court of Appeals denied 4 June 1974.